**Order entered April 20, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00231-CV

## IN RE BURNCO TEXAS, LLC, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-05488**

### ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and we **DENY** relator's emergency motion for temporary relief as moot.

/s/    LESLIE OSBORNE
       JUSTICE